DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEMETRIA NICOLE EUNIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1119

_____

April 1, 2026

Appeal from the Circuit Court for Hillsborough County; G. Gregory
Green, Judge.

Nicholas G. Matassini and Trevor Mylin of The Matassini Law Firm, P.A.,
Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey,
Assistant Attorney General, Tampa; and Alea C. Stephens, Assistant
Attorney General, Tampa (substituted as counsel of record), for Appellee.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and KELLY and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.